UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN, JR., *on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

BENTLEY SYSTEMS, INCORPORATED,

        Defendant.

18-cv-6606
Case No.: ~~18-cv-5501~~

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, BENTLEY SYSTEMS, INCORPORATED, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _/s/ Matthew J. Fedor_
Matthew J. Fedor, Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7329
matthew.fedor@dbr.com

Date: January 18, 2019

SO ORDERED
_/s/ Paul G. Gardephe_
U.S.D.J.
Dated: August 7, 2019

For the Plaintiff:

By: _/s/ C.K. Lee_
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 1-18-19